UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID F. PETRANO and MARY
KATHERINE DAY-PETRANO,

Plaintiffs,

vs.                                                            Case No. 8:04-CV-2534-T-27EAJ

THE VESSEL MISTRESS, JACKY
SCHRYVER, and COMTAX
INTERNATIONAL,

Defendants.
_____/

ORDER

**BEFORE THE COURT** is "Plaintiffs' Motion for Reconsideration of Court's Order (Dkt. 273) and for Entry of a Different Order Establishing a Discovery Period and Second Evidentiary Hearing Specific to Prove the Issues for Which Plaintiffs' were Inappropriately Admonished" (Dkt. 294). The motion filed by Plaintiffs is different than the proposed motion (Dkt. 283-2) for which Plaintiffs were granted leave to file (Dkt. 293) and, therefore, the motion will be stricken.[1] In addition, Plaintiffs' motion contains inappropriate accusations of impartiality by this Court and redundant, immaterial, irrelevant, scandalous and impertinent material having no bearing on the merits of the case. Further, Plaintiffs provide no authority or basis for granting the requested relief.

---

[1] In the Order granting leave to file, the Court specifically directed: "Plaintiffs shall file *the proposed motion* as a separate filing within five (5) days of the date of this order." (Dkt. 293) (*emphasis added*). Plaintiffs' motion violates the Order granting leave. In addition, Plaintiff's motion for leave to file (Dkt. 283) contained virtually the same content and argument as the proposed motion (Dkt. 283-2). Plaintiffs are admonished to refrain from this practice. In the future, to the extent necessary, Plaintiffs shall file a motion for leave containing only a brief request for leave to file, along with the proposed motion attached as an exhibit. If the motion for leave is granted, Plaintiffs shall file the proposed motion as approved by the Court.

1

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Reconsideration of Court's Order (Dkt. 273) and for Entry of a Different Order Establishing a Discovery Period and Second Evidentiary Hearing Specific to Prove the Issues for Which Plaintiffs' were Inappropriately Admonished" (Dkt. 294) is **DENIED** and **STRICKEN**. The clerk is directed to remove the image (Dkt. 294) from the docket.

**DONE AND ORDERED** in chambers this 13th day of April, 2005.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Plaintiffs
Counsel of Record