UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID F. PETRANO and MARY
KATHERINE DAY-PETRANO,

   Plaintiffs,

vs.                                             Case No. 8:04-CV-2534-T-27EAJ

THE VESSEL MISTRESS, JACKY
SCHRYVER, and COMTAX
INTERNATIONAL,

   Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge recommending that Plaintiffs' Motion for Leave to Appeal *In Forma Pauperis* (Dkt. 324) be denied. (Dkt. 327). Plaintiffs did not object to the Report and Recommendation, and the time for filing such objections has elapsed. After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation (Dkt. 327) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiffs' Motion for Leave to Appeal *In Forma Pauperis* (Dkt. 324) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 10th day of August, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Parties & Counsel of Record