UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID F. PETRANO et al.,

      Plaintiffs,

vs.                                       Case No. 8:04-CV-2534-T-27EAJ

THE VESSEL MISTRESS, et al.,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiffs' Motion for Leave to Proceed on Appeal In Forma Pauperis (Dkt. 344) be denied (Dkt. 350). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.[1]

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation (Dkt. 350) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiffs' Motion for Leave to Proceed on appeal In Forma Pauperis (Dkt. 344) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 29th day of January, 2007.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[1] The Court denied Plaintiffs' request for an extension of time to file Objections. (Dkt. 355).