UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID F. PETRANO and MARY
KATHERINE DAY-PETRANO,

            Plaintiffs,

vs.                              Case No. 8:04-CV-2534-T-27EAJ

THE VESSEL MISTRESS, et al.,

            Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Dkt. 367) be denied (Dkt. 368). No party has filed written objections to the Report and Recommendation, and the time for doing so has expired.[1]

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. 368) is adopted, confirmed, and approved in

---

[1] After the Magistrate Judge issued the Report and Recommendation on July 10, 2007, Plaintiffs' Amended Financial Statement was docketed by the Clerk on July 11, 2007 (Dkt. 369). Although the information contained therein was not available to the Magistrate Judge, this Court finds that the amendment to Plaintiff's financial statement provides no information that would support the granting of the instant motion.

1

        all respects and is made a part of this order for all purposes, including appellate review.

2)     Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Dkt. 367) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 1st day of August, 2007.

                                                  **JAMES D. WHITTEMORE**
                                                  **United States District Judge**

Copies to:
Counsel of Record